# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                              **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                     **GREENBELT, MARYLAND   20770**
                                                                                                                                           **301-344-0052**

### M E M O R A N D U M

TO:        Counsel of Record

FROM:    Judge Roger W. Titus

RE:       *United States of America v. Phoebe Omwega*
               Criminal Case No. RWT 15-0548

DATE:    June 10, 2016

* * * * * * * *

By agreement of the parties, the rearraignment of the above Defendant has been scheduled for **June 27, 2016 at 3:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                              /s/
                                                                     Roger W. Titus
                                                                     United States District Judge